IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Alemayehu Getachew, | : | |
| Plaintiff | : | Civil Action 2:06-cv-633 |
| v. | : | Judge Sargus |
| S&K Famous Brands, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

This matter is before the Court on Magistrate Judge Abel's October 6, 2006 Report and Recommendation that plaintiff's motion to remand this case to the Common Pleas Court be denied. No objections have been filed.

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Magistrate Judge's October 6, 2006 Report and Recommendation and DENIES plaintiff's August 8, 2006 motion to remand (doc. 9). For the reasons stated in the Report and Recommendation, this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

1-3-2007
Edmund A. Sargus, Jr.
United States District Judge